UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-11633-BKC-RAM
CHAPTER 13

IN RE:
RAQUEL MONTENEGRO.
        Debtor

_____/

## DEBTOR'S OBJECTION TO CREDITOR, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR LEHMAN XS TRUST, SERIES 2006-GP4, NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES

The Debtor, by and through her undersigned attorney, objects to creditor, U.S. Bank National Association as Trustee for Lehman XS Trust, Series 2006-GP4's Notice of Post-Petition Mortgage fees, expenses and charges and states:

1.      This creditor has been provided with a copy of the Debtor's insurance policy from May of 2023 forward. Both the May and June portion of the insurance advances should be stricken and disallowed and the total new amount will be paid directly to the creditor.

2.      The Debtor requests what the total amount is due after taking out the May and June portions.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim was emailed to Nancy Neidich, Trustee at e2c8f01@ch13herkert.com, April Harriott, Esquire at aharriott@raslg.com, Keith Labell, counsel for U.S. Bank at klabell@raslg.com, John Steven Leinicke, counsel for IRS at john.leinicke@usdoj.gov, Steven Powrozek counsel for Deutsche Bank at spowrozek@logs.com, Christopher P. Salampne, counsel for US Bank at csalamone@raslg.com and all others set forth in the NEF, this 7th day of July 2023, and this Objection and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to U.S. Bank National Association, Attn: Andrew Cecere, CEO (U.S. Certified Mail) 425 Walnut Street, Cincinnati, OH 45202, PHH Mortgage Corp, Attn: Bankruptcy Dept., Post Office Box 24605, West Palm Beach, FL 33416-4605 and PHH Mortgage Corp., Mailstop SBRP, Post Office Box 5469, Mount Laurel, NJ 08054.

Respectfully submitted,

Law Offices of Michael A. Frank
& Rodolfo H. De La Guardia, Jr.
Attorneys for the Debtors
2000 Northwest 89th Place, Suite 201
Doral, FL 33172
Telephone (305) 443-4217
Email- Pleadings@bkclawmiami.com

By:   /s/  Michael A. Frank
        Michael A. Frank
        Florida Bar No. 339075